**ALLEN LASHLEY**
ATTORNEY-AT-LAW
**16 COURT STREET
BROOKLYN, N.Y. 11241**

_____

**(718) 875-1128**
**FAX: (718) 797-4911**
**E-MAIL: allenlashley@verizon.net**

February 10, 2006

**BY ECF & REGULAR MAIL**
Hon. Frederic Block, Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:  U.S.A. v. Daniel Perez Alonso
         Cr. No. 04 CR 140 (FB)

Dear Judge Block:

This will supplement my letter dated January 9, 2006, pertaining to the sentencing of my client Daniel Perez Alonso which is presently scheduled to take place before your Honor on March 2, 2006.

Enclosed please find numerous certificates awarded to the defendant for courses he has taken at the MDC during the past two years that he has been incarcerated.

It is respectfully requested that the Court consider the aforesaid in exercising reasonable discretion in sentencing my client.

              Respectfully yours,


              Allen Lashley

AL/bj

Encl.

cc:  AUSA Monica Ryan, Esq.
  Mark Gjelaj, Senior U.S. Prob. Officer