

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

PKC:MER
F.#2004R00374

*One Pierrepont Plaza*

*Brooklyn, New York 11201*

*Mailing Address*: 147 Pierrepont Street
Brooklyn, New York 11201

February 28, 2006

<u>VIA ECF</u>

The Honorable Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     Re:  United States v. Josue Flores Carreto, et al.
          <u>Criminal Docket No. 04-140 (S-1) (FB)</u>

Dear Judge Block:

    Per communication with your chambers and with defense counsel, the government has learned that the sentencing of three defendants in the above-captioned case, Josue Flores Carreto, Gerardo Flores Carreto and Daniel Perez Alonso, scheduled for March 2, 2006 at 11:00 a.m., will not go forward so that defense counsel have additional time to submit responses to the Presentence Investigation Report prepared by the Probation Department.

    The government respectfully requests that the Court direct the parties to appear for a conference on March 2, 2006, where the government will request the Court set a briefing schedule for any future defense submissions and a new sentencing date.

                                       Respectfully submitted,

                                       ROSLYNN R. MAUSKOPF
                                       United States Attorney

                  By: _____
                         Monica E. Ryan
                         Assistant U.S. Attorney
                         (718) 254-6470

```
cc:   Roy Kulcsar, Esq. (via fax)
      Telesforo Del Valle Jr., Esq. (via fax)
      Michael Musa-Obregon, Esq. (via fax)
      Allen Lashley, Esq. (via fax)
      Charles Hochbaum, Esq. (via fax)
      Clerk of the Court (FB) (via ECF)
```